UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIV[ED]
JAN 09 200[2]
MICHAEL W. DOBBINS,
UNITED STATES DISTRICT

David Brown

DOCKETED
JAN 1 0 2002

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**02C 0236**

vs.

Case No: _____
(To be supplied by the Clerk of this Court)

Evergreen Park Police Dept.

John Doe 1# Police Man

John Doe 2# Police Man

Michael Shehan

Rockford Police Dept.

John Doe 1# Sgt. Policeman

JUDGE LEFKOW

MAGISTRATE JUDGE DENLOW

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
   U.S. Code (state, county, or municipal defendants)

___  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331(a) U.S. Code** (federal defendants)

___  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: David Brown

   B. List all aliases: Michael Brown Lawrence Brown Tony Robertson

   C. Prisoner identification number: 20010088368

   D. Place of present confinement: Cook County Jail - Div 11## BA

   E. Address: PO Box 089002

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Evergreen Park Police John Doe 1## John Doe 2##

      Title: Police Man

      Place of Employment: Evergreen Park Police Dept.

   B. Defendant: Michael Shehan

      Title: Sheriff

      Place of Employment: Cook County

   C. Defendant: John Doe 1##

      Title: Police Man

      Place of Employment: Rockford Police Dept

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 4/01

2

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (√) NO ( )  If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (√) NO ( )

C. If your answer is **YES**:

1. What steps did you take?
I put in several request slips for Medical treatment and also put in several Greivances stating the nature of these request.

2. What was the result?
I've been writing over 2 weeks waiting on a reply.

3. If the grievance was not resolved to your satisfaction, did you appeal? yes

What was the result (if there was no procedure for appeal, so state.)
I wrote a grievance to the Superintendant and haven't recieved a reply yet, also I wrote the John Howard association.

D. If your answer is **NO**, explain why not:

E. Is the grievance procedure now completed? YES ( ) NO (✓)

F. If there is no grievance procedure in the institution, did you complain to authorities? YES (✓) NO ( )

G. If your answer is YES:

1. What steps did you take?

   I complained to the Rockford police dept. about the false arrest and to the Evergreen Park police about the racial slures, and sleeping on the floor in Cook county Jail on or about June on a cold floor where I contracted a form of arthiritis in my lower back.

2. What was the result?

   NONE

H. If your answer is NO, explain why not:

   I haven't recieved a answer as of yet.

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

    A. Name of case and docket number: NA

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: NA

    D. List all defendants: NA

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NA

    F. Name of judge to whom case was assigned: NA

    G. Basic claim made: NA

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): NA

    H. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**V.     Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

It began on or about the month of may, I was across 95th street and western Ave. In a predominately white neiborhood. When some police officers drove up to me and stated, what are you doing around here, These were Evergreen Park Police. I responded, going home. The officers told me to come there to them, and I did. The officers asked me if I had any Identification, and I then responded, no. At that time the officers began stating, you should have been home nigger. It was late evening at this time. I responded, why do I have to be all that, they then said, oh your a smart ass aren't you. Thats when the officers hand cuffed me so tight that I had handcuff burns that resulted in slight neave damage in my left hand. Then they said, lets take him to the station and see if he has any warrants on him. So they did, while continuosly stating racial slures towards me. When we got to the police station, all of the officers joined in. At this time, I'm getting a little agitated and asked them, Why did you'll stop me for anyway. At that time they stated, If you don't have any warrants, we're going to find something on you. They came up with a warrant

from Rockford Ill. I said to the officers, you'll are trying to book me up, That I have never been to rockford. A picture pops up when a warrant is revealed. So the officers knew it wasn't me, but went with it anyway. The officers the next day transported me to cook county jail, and said I would have to remain there until rockford comes to pick me up. I was processed and sent to division 5. The jail was overcrowded, so I slept on the floor for 30 days before rockford came to pick me up. I was transported to rockford police dept. By a detective Garatson. At that time, A sergeant and a detective Garatson brought a picture of a guy with an outstanding warrant and showed it to me. Then they said, this is not him. Then about 5 police crowded around and said the same thing. After that they said lets fingerprint him anyway. The fingerprints came back after about 2 hours and they were not a match. So after a while they decided to release me to make it home on my own accord.

**VI.   Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I would like to be compinsated for damages for sleeping on the floor that resulted in a form of arthiritis. Also I would like monitary reward of 250,000 dollars for violations of racial slures and false arrest and improper treatment by the Evergreen park Police Dept. The reason i'm asking for this amount is for violations of my Civil rights and defimatic of character.

**CERTIFICATION**

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___2___ day of ___Dec___, 20__01__

___David Brown___
(Signature of plaintiff or plaintiffs)

___David Brown___
(Print name)

___20010088368___
(I.D. Number)

___Div-11-BA-CC D.O.C___

___PO Box 089002___

___Chicago Ill. 60608___
(Address)

PART- A / Control # _____

Referred To: _____

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# *DETAINEE GRIEVANCE*

NAME: David Brown  DATE: 12-2-01

ID#: 2001-0088368  DIVISION: 11  LIVING UNIT: EA

BRIEF SUMMARY OF THE COMPLAINT: For the last 4 to 5 months I have been having back problems that have been increasingly getting worse. I slept on the floor for a month in division 5 and since that time I have been getting these pains and headaches. I have put several request in to no response at times these pains are frequent and excruciating since I've been in division 11 I still have not gotten it resolved even after putting in several request in for medical assistance these pains have been on going

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU REQUESTING:

DETAINEE'S SIGNATURE: David Brown

C.R.W.'S SIGNATURE: _____  DATE: 12-2-01

*Please note:* Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

FORM: 98PS01A (REVISED 12/99)  (WHITE COPY - PROG.SERV.  YELLOW COPY - DIV./SUPT.  PINK COPY - DETAINEE)